UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN THE MATTER OF A WARRANT FOR ALL   :
CONTENT AND OTHER INFORMATION         MEMORANDUM OPINION
ASSOCIATED WITH THE EMAIL ACCOUNT   :   14 Mag. 309
xxxxxxx@GMAIL.COM MAINTAINED AT
PREMISES CONTROLLED BY GOOGLE, INC.  :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Memorandum Opinion dated July 18, 2014, is hereby amended. The following text appearing on page 11 is deleted:

"— other than the D.C. Opinion, the Kansas Opinion and the cases cited in footnote 2 above — "

SO ORDERED.

Dated: August 7, 2014
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1